IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA §
ex. rel. RUSSELL BROWN §
§
     Plaintiff, §
§
v. §
§
§
§
§
§
     Defendants. §

Case: 1:16-cv-01089
Assigned To : Jackson, Amy Berman
Assign. Date : 6/13/2016
Description: Gen. Civ.

**FILED UNDER SEAL AND ~~IN CAMERA~~** *SSD*
**PURSUANT TO 31 U.S.C. § 3219,** *et seq.*

---

## DECLARATION OF RUSSEL BROWN

---

Pursuant to 28 U.S.C. § 1746, I, Russell Brown, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.     My name is Russell Brown. I was employed by Tellabs __Tellabs, Inc. and Tellabs North America, Inc._____("Tellabs") from 1996-2015. While employed by Tellabs, I held multiple positions with the company, including, Director of Engineering and Vice President of Engineering. In these roles I was responsible for specification, design, development, testing, and support for communications products provided by Tellabs. I managed large development and testing organizations in the U.S. and in Shanghai, China. I was also responsible for coordinating product development and support with our product partners, Original Equipment Manufacturers and Original Design Manufacturers (OEM/ODM), in China, Malaysia, Mexico, and Taiwan.

2.     I make this declaration in support of the Original Complaint for Violation of the

False Claims Act. This declaration is made pursuant to my personal knowledge of the actions of Tellabs with respect to their scheme to defraud the government.

3.      I had responsibility for the specification, design, development, testing and support of the Optical LAN Solution program. It this capacity I became aware of the scheme maintained by Tellabs to fraudulently identify its products as "TAA Compliant," when they were not.

4.      For the last year and a half of my employment, I reported directly to the CEO of Tellabs, Mike Dagenais. I also worked directly with the Vice President of Product Management, Tom Ruvarac. I was assigned to coordinate between the Tellabs partner companies in China, Tawain and Malaysia. In this capacity, I repeatedly expressed concern about the obvious security risks associated with Tellabs' trade partners and government-contracted products. It was common knowledge that Tellabs' products labelled as "TAA Compliant" did not come close to "substantial transformation" in a TAA compliant country.

5.      The scheme to label products manufactured in non-TAA Compliant countries as TAA Compliant is outlined in the Complaint. The scheme involved electronically disabling products manufactured in China or Malaysia and then shipping those telecommunication products to Taiwan. Once received in Taiwan, a TAA Compliant country, the products were electronically activiated and then labelled as TAA Compliant.

6.      Based on my personal knowledge, Tellabs received millions of dollars in defense contracts by various arms of the United States Government for telecommunications equipment labeled as TAA Compliant that were not compliant with the TAA.

**The Nature of Tellabs Sales to the United States**

7.      Tellabs sales to the United States government include the supply of telecommunications equipment to some of the most sensitive government installations in the

country.  Based on my personal knowledge through documents I had access to while employed at Tellabs, Tellabs contacts with the government include sales of networking equipment to strategically sensitive government facilities, including but not limited to the United States Department of Energy's Oak Ridge National Laboratory and Sandia National Nuclear Laboratory, The National Security Agency, The Central Intelligence Agency, The United States Department of Homeland Security, The Dallas headquarters of the Federal Aviation Administration, The United States State Department, The National Oceanic and Atmospheric Administration, NASA, The United States Department of Agriculture.   Tellabs further fraudulently provided telecommunication equipment to Military bases for every branch of the United States military, including Andrews Air Force Base, Fort Campbell, Fort McNair, Greely Hall, Fort Huachuca, Camp Lejeune, Camp Pendleton, MCB Quantico, The Space and Naval Warfare Systems Command (SPARWAR), The United States Special Operations Command (SOCOM), The Naval Air Systems Command (NAVAIR).  In addition, Defendants proposed to sell telecommunication products, and may have actually provided telecommunication products, to the White House Communications Agency at Camp David, the United States Air Force base in Balad, Iraq, The General Services Administration in Denver, Colorado, The United States Senate, The Pentagon Information Technology Agency (Taylor Building), and the United States Department of Transportation.

8.     Defendants' sales of data networking equipment to the United States occurred both directly between Tellabs and the United States and also through systems integrators as part of a larger telecommunication package.   System Integrators typically serve as the prime contractor to the US Government and provide a complete end-to-end Communications Solution (including equipment, installation and support services) to a government agency. The System

Integrator would sub-contract to Tellabs for purchasing the OTS and OLAN equipment. Some, but not all, of the high profile systems integrators who purchased Tellabs equipment for integration into products sold to the United States include General Dynamics, L3 Communications, Blackbox, Lockheed Martin, Verizon, CenturyLink, AT&T, Computer Science Corporation and Harris Communications.

9.      I believe the actions of Tellabs threatens the security of the United States by allowing non-designated countries – in this case, China and Malaysia – to gain access to potentially every level of communication in the United States Government, from the White House down to individual military bases.

10.     The Tellabs products sold to the United States Government and its agencies that are part of either their "Optical Transport Solution" or their "Optical LAN Solution" sets. The Optical Transport Solution products create a dynamic optical network that can grow to any capacity, allocate bandwidth quickly to meet traffic demands, and carry any type of telecom service (such as voice, video, metro Ethernet, SAN, SONET). The specific Optical Transport Solution products at issue are the Tellabs 7100 OTS and the Tellabs 7194 Network Management System.

11.     The Tellabs Optical LAN Solution products are comprised of a medium to high-density optical access platform that delivers high bandwidth and voice, video and data access over a single optical fiber. The Tellabs Optical LAN products consist of Optical Line Terminals (OLTs) and Optical Network Terminals (ONTs). Optical Line Terminal models include 1150, 1150E, 1134, and 1131. The Optical Network Terminals (ONTs) models include 120W, 120C, 704G, 705GR, 728GP, 709GP, 140W, 140C. Associated products also used with the Optical

4

LAN Solutions include the Voice Gateway model 1000 and the associated software utilized to coordinate the hardware.

12.     Tellabs sold both the Optical LAN products and the Optical Transport products to the United States Government directly as well as through distributors, system integrators, subprime and prime contracts, and resellers.

13.     The Optical Transport System model 7100 is completely manufactured by the Jabil Circuit Division in Penang, Malaysia through an OEM agreement with Defendants.

14.     The Printed Circuit Boards (PCBs) are fully assembled, programmed, loaded with software and tested in Malaysia before being shipped to a US based warehousing company, Communication Test Design Inc. (CTDI), located in Flower Mound, Texas.  The software for the Malaysian-manufactured Optical Transport System model 7100 is primarily developed and tested in Shanghai, China at a facility owned by Tellabs in Shanghai.

15.     Based on my personal knowledge, the Network Management System 7194 software, which is a part of the Optical Transport System, is entirely developed and tested by engineers in Shanghai, China at the Tellabs-owned facility in Shanghai.

16.     The Optical LAN Solution products are also manufactured primarily in either Malaysia or China.  The Tellabs Optical Line Terminals (OLTs) are entirely manufactured by the Jabil Circuit Division in Penang, Malaysia through an OEM agreement with Defendants.  Like with the Optical Transport System 7100, the Printed Circuit Boards are fully assembled, loaded with software, and tested in Malaysia before being shipped to warehousing in Flower Mound, Texas.  The OLT products manufactured in Malaysia can be identified by serial numbers that begin the letters "JPMA".  The software used with the OLT products was designed primarily in the Tellabs facility in Shanghai.

17.    The Optical Network Terminals (ONTs) are completely designed, developed and tested by partner companies in Shanghai and Shenzhen, China.  The one exception is the model 705GR terminal, which is manufactured in Taipei, Taiwan.  Serial numbers of ONT products manufactured in China begin with "CIGG" and "SHGJ".  Specifically, the following companies manufacture the corresponding models of Tellabs Optical Network Terminals:

- Model 704 is manufactured by Cambridge Industries Group, Ltd. in Shanghai, China;
- Models 709GP, 728GP, 729GP, 120W, 120C, 140C and 140W are manufactured by Shenzhen Gongjin Electronics Co., Ltd. (a/k/a T&W), in Shenzhen, China.

**The Nature of the Fraudulent Scheme to Defraud the United States**

18.    Tellabs organized an arrangement with the Chinese ODM/OEM manufacturers whereby Tellabs could specify that a certain order be "TAA versions" of products.  Once designated as "TAA versions", the Chinese companies take the completed product, which is identical to the commercial version of the same product, and then ship the "TAA version" to Taiwan.

19.    The government-sold products shipped to Taiwan as "TAA" products are identical to the commercial versions of the same products that are shipped directly from China to the warehousing facility in Flower Mound, Texas.

20.    Prior to shipping the "TAA" versions of products to Taiwan, the Chinese ODM/OEM companies enter a software command into the Optical Network Terminals that electronically disables the device. I was aware of this procedure due to a number of reasons: a) It was explained to me and my development team in documentation by the Shanghai OEM/ODM companies that developed the products, b) my development team was responsible for testing the

product and had to verify that the procedure worked correctly, and c) sometimes the Taiwanese engineers would not execute the TAA debug command properly and when product was received by a US Agency it wouldn't work (my team had to execute the debug command onsite in order to get it functioning properly). This software command prevents the product from operating without a secondary software command to take the product out of "TAA mode." Once the products arrive in Taiwan, a worker opens the box containing the completed product, connects a serial cable to it to enter a command line debug code (e.g. type in "TAA Mode") that takes the product out of "TAA mode" and enables the product for operation. Other than entering the antidote debugging code, nothing happens to the products in Taiwan.

21.     After entering the antidote debugging code in Taiwan, the products which were designed, manufactured, programmed, and sold out of China are affixed with a label sticker stating that they are "Made in Taiwan" and put back into their boxes for shipment to the warehousing location in Flower Mound, Texas.

22.     Tellabs employees commonly joked that this antidote debugging software constituted "substantial transformation" of the product, making it TAA compliant.    My development team, Tellabs Sales Managers, and Tellabs Sales Support Engineers would commonly get asked about the origin of our products by Government customers and we would always route their questions through Tellabs Product Management team for responses. It was mind-boggling amongst this group on how we could claim TAA compliance as everyone knew the products originated in China and Malaysia. Employees, including myself, raised this issue multiple times with senior Tellabs management in meetings, emails and engineering update presentations. Despite these efforts, Tellabs continued to defraud the United States of America by selling their products through false claims about where the products are manufactured.

7

23.     The ONT software for these products are completely designed, developed and tested by the partner companies in China who continue ownership of their intellectual property rights in that software.   In my role I was responsible for ensuring that the China OEM/ODM partners could meet the requirements of developing and supporting the product working directly with them and travelling to Shanghai and Shenzen several times a year to inspect product design, development and manufacturing. I was also part of the review team during contract negotiations with the Chinese partners.

24.     Based on my personal knowledge, I know that the scheme to ship "disabled" non-TAA compliant Tellabs products to "designated countries" like Taiwan for activiation was at the request and design of Tellabs to its suppliers.   In my role, I was asked to review the contracts which stipulated the TAA requirements.

25.     I am in possession of an "OEM Purchase Agreement" between Tellabs and Shenzhen Gongjin Electronics Co., LTD. This document is referenced in the original complaint. Shenzhen Gongjin is the company contracted to manufacture certain models of Optical Network Terminals ("ONT"s).   In the OEM purchase agreement, Shenzhen Gongjin ("Seller") has certain duties, including developing software and labelling products with a country of origin label. There are dozens of documents similar to this document in Tellabs possession.   This OEM purchase agreement is attached to this declaration as Exhibit A.   This agreement is one of dozens of agreements Tellabs has with partner companies in non-TAA designated countries.   Tellabs maintains possession of these agreements.

26.     The sales relationship between the United States and Tellabs is ongoing.   I am in possession of a spreadsheet listing "pipeline projects" that the Tellabs Optical LAN business group is actively involved in, either as current sales contracts or as bid projects which may turn

into sales. These projects include millions of dollars in bids and sales to the United States Government of sensitive telecommnunications products that are manufactured in violation of the TAA through the unlawful scheme to certify non-compliant Optical LAN products as "TAA Compliant". The sales spreadsheet is attached as Exhibit B to this declaration. It is one of hundreds of sales documents demonstrating the sale of Tellabs networking products manufactured in non-designated countries that were marked as TAA Compliant through the scheme described in the complaint.

27.     In addition, I have personal knowledge of electronic communications within the Tellabs network discussing the TAA, and the knowledge that the scheme to label products at "TAA Compliant" is fundementally flawed. I am not in personal possession of these communications at this time, but I know of their existence through my employment in management at Tellabs.

**The Danger and the National Security Risk Created by This Unlawful Scheme**

28.     Tellabs does not control the software residing on the hardware it sold to the United States. Tellabs does not have the ability to inspect the software code for cyber-security threats. The individual Chinese-based programmers of the software continue to control the source code. The Chinese programming companies have minimal security and software configuration management controls in place. In my role I was responsible for performing software control audits on the Chinese OEM/ODM partners and noted concerns on software control and security in my audit results. Furthermore, in working directly with the Chinese developers I learned that many of the Chinese OEM/ODM engineers and managers had recently worked for Huawei Technologies Ltd. and ZTE Corp, two companies that the House Intelligence Committee warned in a report that "American companies should avoid doing business with

China's two leading technology firms because they pose a national security threat to the United States". The report highlights a concern that "electronic bugs could be imbedded in telecom systems to secretly transmit data back to China". This is a definite possibility, and likely-hood in my opinion, in this case due to the inability to inspect and verify the source-code and the influence of Chinese state control over Chinese technology companies.

29.     Furthermore, Tellabs does not have access to the source code of all of the Optical Network Terminals that are being sold to the highest levels of the United States Government. The Chinese companies Tellabs partners with have this access.   The OEM/ODM contracts between Tellabs and the Chinese partners stipulate that the Chinese companies own the software and will not share the source code with Tellabs. I was part of the contract review team.

30.     The harm associated with these sales is a direct threat to the national security of the United States.  As a demonstrative of the potential harm associated with this security threat, each Optical Network Terminal is capable of accessing every single data packet traversing its network.  It is very possible for code to be embedded in the products deployed today at several high-security US Agencies that could secretly transmit confidential data back to China. The source code for the software running these terminals is not within Tellabs control; the partner companies in China who programmed the terminals retain the code. Additionally, updates to the software developed by the Chinese partners are downloaded to the deployed products on at-least an annual basis.

31.     Taken in total, both through the direct sales and the sales through systems integrators, the United States Government purchased millions of dollars in Tellabs networking products that are not compliant with the Trade Agreement Act of 1979.  These fraudulently purchased networking products threaten the national security of the United States of America.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2016

_____
RUSSELL BROWN